NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAROLINA POWER & LIGHT COMPANY, AND FLORIDA POWER CORPORATION,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2011-5121

---

Appeal from the United States Court of Federal Claims in case no. 04-CV-037, Judge Thomas C. Wheeler.

---

**ON MOTION**

---

## ORDER

The United States moves without opposition to dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

SEP 12 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Arnold B. Fagg, Esq.
    Daniel Rabinowitz, Esq.

s21

Issued As A Mandate: SEP 12 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 12 2011

JAN HORBALY
CLERK